# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00282-MR
# CRIMINAL CASE NO. 1:08-cr-00116-MR

| | |
|---|---|
| ANTHONY ANTONIO SIMS, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Order granting in part Petitioner's Motion to Vacate Sentence under 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have the Petitioner present in Asheville, North Carolina, for the April 2016 sentencing term;

(2) The Clerk of Court shall calendar this matter for that term;

(3) The Federal Defenders of Western North Carolina shall provide counsel to the Petitioner for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders of Western North Carolina, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: February 23, 2016

Martin Reidinger
United States District Judge