UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:08-cr-00116-MR

| | |
|---|---|
| **United States of America,** | ) |
| Plaintif, | ) ) ) |
| vs. | ) ) ) |
| **Anthony Antonio Sims** | )     CLERK'S ORDER OF DISBURSEMENT |
| Defendant | ) |

This matter is before the Clerk for purposes of refunding to the defendant funds paid to the Clerk for reimbursement of court-appointed counsel fees.

The Court's "Order" of October 24, 2016, [Doc. 55] directed the Defendant to stop paying any additional court-appointed counsel fees and deferred to the Clerk the question of refunding such fees already paid in to the Clerk. In accordance with established procedures and past practices of this office, the Clerk is able and shall reimbursement the Defendant.

IT IS THEREFORE ORDERED that Defendant Anthony Sims be paid $375.00 for reimbursement of court-appointed counsel fees. The funds are to be made payable to Mr. Sims and sent to his address at 107 Nolan Road, Lawndale, NC 28090.

SO ORDERED, this 27th day of October, 2016.

Signed: October 27, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court